**FILED**

JUL 2 - 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
                    v.           :          Criminal Action No.:  10-0164 (RMU)
                                 :
RODNEY AYER,                     :
                                 :
             Defendant.          :

## ORDER

This matter is before the court on the Report and Recommendation of Magistrate Judge

Facciola recommending that the trial court accept the defendant's plea of guilty.  Following a

plea hearing conducted by Judge Facciola on June 30, 2010, and in accordance with the

requirements of Federal Rule of Criminal Procedure 11, Judge Facciola found that the plea of

guilty was voluntarily entered into by the defendant, who fully understood the nature and the

consequences of entering such a plea.  Having reviewed the Report and Recommendation and the

documents submitted in connection with the plea hearing, it is this 1st day of July, 2010, hereby

**ORDERED** that Judge Facciola's Report and Recommendation is adopted in full; and it

is

**FURTHER ORDERED** that the defendant's plea of guilt is accepted; and it is

**ORDERED** that the status hearing scheduled for July 26, 2010 at 3:30 p.m. is

**VACATED**; and it is

**FURTHER ORDERED** that the sentencing scheduled for October 12, 2010 at 10:00

a.m. shall be converted into a status hearing.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge